## WOLF v. WOLF.

COBB, J.  When an application for a divorce is made upon the grounds of cruel treatment or habitual intoxication, it is, under the Civil Code, § 2427, in the discretion of the jury whether a total or a partial divorce will be granted; and when, in a given case, the jury have exercised their discretion by granting a partial divorce, and the judge of the superior court has exercised his discretion by overruling a motion for a new trial filed by the plaintiff, the Supreme Court will not interfere.

*Judgment affirmed. All the Justices concur.*

Submitted October 10, — Decided October 17, 1904.

Libel for divorce. Before Judge Seabrook. Effingham superior court. June 15, 1904.

*D. H. Clark*, for plaintiff.